IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-609-MOC-DCK

| MARINE CLUB MANAGER, INC., et al., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RB COMMERCIAL MORTGAGE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Zach McCamey, concerning Gerald J. Stubenhofer, Jr., on February 3, 2023. Gerald J. Stubenhofer, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Gerald J. Stubenhofer, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 3, 2023

David C. Keesler
United States Magistrate Judge