# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-609-MOC-DCK

| | |
|---|---|
| **MARINE CLUB MANAGER, INC.,** ) | |
| **EBRM RESURRECTION LLC,** and ) | |
| **ERIC BLUMENFELD,** ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RB COMMERCIAL MORTGAGE, LLC,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Petitioners' "Supplement To Motion To Stay And Abey (ECF) And Notice Regarding Status Of AAA Appellate Proceedings" (Document No. 22) filed February 3, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The instant filing has been docketed as a motion to amend/correct Petitioners' "Motion To Stay And Abey The Petition Pending AAA Appeal" (Document No. 5). The undersigned finds that an amended motion to stay, reflecting Petitioners' corrections and/or updates, would assist efficient case management.

**IT IS, THEREFORE, ORDERED** that Petitioners' "Supplement To Motion To Stay And Abey (ECF) And Notice Regarding Status Of AAA Appellate Proceedings" (Document No. 22) is **GRANTED**. Petitioners may file an amended Motion To Stay, on or before **February 10, 2023**.

**IT IS FURTHER ORDERED** that Petitioners' amended filing shall indicate consultation with opposing counsel pursuant to Local Rule 7.1(b). Unless otherwise ordered, motions should be briefed in accordance with the requirements of Local Rule 7.1, including Local Rule 7.1(e).

**IT IS FURTHER ORDERED** that Petitioners' "Motion To Stay And Abey The Petition Pending AAA Appeal" (Document No. 5) is **DENIED.**

**SO ORDERED**.

Signed: February 3, 2023

David C. Keesler
United States Magistrate Judge