IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-609-MOC-DCK

| | | |
|---|---|---|
| MARINE CLUB MANAGER, INC., EBRM RESURRECTION LLC, and ERIC BLUMENFELD, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **ORDER** |
| RB COMMERCIAL MORTGAGE LLC, | ) ) ) | |
| Respondent. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by J. Anthony Penry, concerning Benjamin A. Garber, on February 21, 2023. Benjamin A. Garber seeks to appear as counsel *pro hac vice* for Petitioners. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Benjamin A. Garber is hereby admitted *pro hac vice* to represent Petitioners.

**SO ORDERED**.

Signed: February 21, 2023

David C. Keesler
United States Magistrate Judge