# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:22-CV-609-MOC-DCK

| | |
|---|---|
| **MARINE CLUB MANAGER, INC.,** <br> **EBRM RESURRECTION LLC, and** <br> **ERIC BLUMENFELD,** <br><br> Petitioners, <br><br> v. <br><br> **RB COMMERCIAL MORTGAGE, LLC,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Amended Motion To Stay" (Document No. 25) filed February 9, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Petitioners request a stay of this matter pending the resolution of the related American Arbitration Association ("AAA") appeal and Respondent's petition for attorney fees. (Document Nos. 25 and 26). Petitioners anticipate a final award from the Appellate Panel on or before April 1, 2023. (Document No. 26, p. 3). Respondent opposes the request for stay, asserting that the pending decision on fees cannot affect the ruling on claims that have been definitively decided and should not delay adjudication of the pending "Petition To Vacate, Modify, Or Correct Arbitration Award" (Document No. 1) or the "Motion To Confirm Arbitration Award" (Document No. 14). (Document No. 31).

Based on the parties' arguments, in the interest of efficient case management and judicial economy, and following consultation with the Honorable Max O. Cogburn, Jr.'s staff, the undersigned finds that the request for a stay should be allowed.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Amended Motion To Stay" (Document No. 25) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court. The parties shall file a Joint Status Report within **ten (10) days** of the AAA's final award decision on attorney fees.

**SO ORDERED**.

Signed: March 3, 2023

David C. Keesler
United States Magistrate Judge