IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-609-MOC-DCK

| MARINE CLUB MANAGER, INC., EBRM RESURRECTION LLC, and ERIC BLUMENFELD, | ) ) ) ) | |
|---|---|---|
| Petitioners, | ) ) | |
| v. | ) ) | **ORDER** |
| RB COMMERCIAL MORTGAGE, LLC, | ) ) ) | |
| Respondent. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 35) filed April 14, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Report, and the record, and following consultation with Judge Cogburn's chambers, the undersigned will lift the Stay in this case.

On March 3, 2023, the Court stayed this matter and ordered the parties to file a joint status report within ten (10) days of the AAA's final award decision on attorneys' fees. See (Document No. 33). The parties now advise the Court that the Appellate Panel issued its final award decision on attorney's fees on April 4, 2023. (Document No. 35). There are no remaining issues pending in the underlying arbitration, and the parties request that the stay be lifted. Id.

**IT IS, THEREFORE, ORDERED** that the **STAY** in this case is **LIFTED**.

Signed: April 17, 2023

David C. Keesler
United States Magistrate Judge