# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Marine Club Manager, Inc.** ) | | JUDGMENT IN CASE |
| **EBRM Resurrection LLC** ) | | |
| **Eric Blumenfeld,** ) | | |
| ) | | |
| Petitioner(s), ) | | 3:22-cv-00609-MOC-DCK |
| ) | | Related Case Number |
| vs. ) | | |
| ) | | |
| **RB Commercial Mortgage LLC,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2023 Order.

August 2, 2023

Katherine Hord Simon, Clerk
United States District Court