UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARINE CLUB MANAGER, INC., EBRM RESURRECTION LLC, and ERIC BLUMENFELD,<br><br>Petitioners,<br><br>v.<br><br>RB COMMERCIAL MORTGAGE, LLC<br><br>Respondent. | Civil Action No. 3:22-cv-609-MOC-DCK |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Marine Club Manager Inc., EBRM Resurrection LLC, and Eric Blumenfeld (collectively "Petitioners"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from (i) the Order dated July 31, 2023 and entered on August 1, 2023 (ECF Doc. No. 43) ("Order") granting RB Commercial Mortgage, LLC ("Respondent") Motions to Confirm the Arbitration Awards (ECF Doc. Nos. 14, 37) and denying Petitioners' Motions to Vacate, Modify, or Correct the Arbitration Awards (ECF Doc. Nos. 1, 39), and (ii) Clerk's Judgment entered on August 2, 2023 (ECF Doc. No. 44) ("Judgment"). A true and correct copy of the Order is attached

hereto as **Exhibit "A."**  A true and correct copy of the Judgment is attached hereto as **Exhibit "B."**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PARRY LAW PLLC |
| Dated: August 10, 2023 | */s/ Neil A. Riemann* |
|  | Neil A. Riemann (NC Bar No. 19258) |
|  | 100 Europa Drive, Suite 351 |
|  | Chapel Hill, NC 27517 |
|  | (t) (919) 913-3316 |
|  | (e) nar@parryfirm.com |
|  | *Counsel for Petitioners* |

*OF COUNSEL:*

**BRAVERMAN KASKEY GARBER P.C.**

BENJAMIN A. GARBER, ESQUIRE
MELISSA A. ANDERSON, ESQUIRE
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(t) (215) 575-3800
(f) (215) 575-3801
(e) bgarber@braverlaw.com
(e) anderson@braverlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, a true and correct copy of the foregoing Notice of Appeal was filed electronically with the Clerk of the Court for the Western District of North Carolina by using the CM/ECF system. The following counsel in this case are registered CM/ECF users and will be served by the CM/ECF system.

>Zachary L. McCamey, Esquire
>McGuire Woods LLP
>201 N. Tryon Street, Suite 3000
>Charlotte, NC 28202
>zmccamey@mcguirewoods.com
>*Attorney for Respondents*
>
>Cameron J. Comer, Esquire
>Gerald J. Stubenhofer, Jr., Esquire
>McGuire Woods LLP
>260 Forbes Avenue
>Suite 1800
>Pittsburgh, PA 15222
>ccomer@mcguirewoods.com
>gstubenhofer@mcguirewoods.com
>*Attorneys for Respondents*

>Respectfully submitted,
>
>PARRY LAW PLLC

Dated: August 10, 2023

>*/s/ Neil A. Riemann*
>Neil A. Riemann (NC Bar No. 19258)
>100 Europa Drive, Suite 351
>Chapel Hill, NC 27517
>(t) (919) 913-3316
>(e) nar@parryfirm.com
>*Counsel for Petitioners*

*OF COUNSEL:*

**BRAVERMAN KASKEY GARBER P.C.**

BENJAMIN A. GARBER, ESQUIRE
MELISSA A. ANDERSON, ESQUIRE
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(t) (215) 575-3800
(f) (215) 575-3801
(e) bgarber@braverlaw.com
(e) anderson@braverlaw.com