UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-609-MOC-DCK

| | |
|---|---|
| **MARINE CLUB MANAGER, INC.,** <br> **EBRM RESURRECTION LLC,** <br> **ERIC BLUMENFELD,** <br><br> Petitioners, <br><br> Vs. <br><br> **RB COMMERCIAL MORTGAGE, LLC,** <br><br> Respondent. | ORDER |

**THIS MATTER** is before the Court on a Motion to Adjourn the Hearing currently scheduled for October 23, 2023, in which Petitioners seek to either cancel the hearing or allow counsels to attend remotely via Zoom. (Doc. No. 55). The motion is **GRANTED** to the extent that the hearing shall remain in place, but counsels may attend via Zoom. All counsels who want to appear remotely via Zoom shall contact the Clerk to coordinate remote connections.

**IT IS SO ORDERED**.

Signed: October 17, 2023

Max O. Cogburn Jr.
United States District Judge